UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS YELLOWOWL-BURDEAU,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF TUKWILA, d/b/a TUKWILA POLICE DEPARTMENT, a local governmental entity, JAMES STURGILL, an individual, and MIKE BOEHMER, an individual,<br><br>           Defendants. | No.<br><br>NOTICE OF REMOVAL<br><br>(KING COUNTY SUPERIOR COURT, CAUSE NO. 15-2-27119-9 KNT) |

Pursuant to 28 U.S.C. § 1443, and 28 U.S.C. § 1446, Defendants CITY OF TUKWILA, JAMES STURGILL and MIKE BOEHMER hereby remove the above-entitled action to the United States District Court for the Western District of Washington at Seattle. Defendants' state:

1. The above-entitled action was filed in the Superior Court of KING County, Cause No. 15-2-27119-9 KNT.  A true and correct copy of the Amended Complaint is attached as Exhibit A.

2. Jurisdiction of this Court is based on 28 U.S.C. § 1331, 28 U.S.C. § 1343, 28 U.S.C. §1367, 28 U.S.C. §1441, and/or 28 U.S.C. §1443.

3. Plaintiff's various claims seek damages for excessive force and *Monell* claims under 42 U.S.C. § 1983. Therefore, removal jurisdiction exists because Plaintiff's

NOTICE OF REMOVAL - 1

1002-00970/250303

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

claims present a federal question.

4. Plaintiff originally filed this matter in King County Superior Court on Prior to October 10, 2016, Plaintiff's lawsuit featured purely state law causes of action (*i.e.,* negligence-based claims). On October 10, 2016, and upon leave to amend granted by the state court, Plaintiff filed an amended complaint that added numerous federal causes of action against all Defendants, which prompted Defendants to remove this matter to federal court.

5. Pursuant to 28 U.S.C. §1446(a), true and correct copies of all pleadings previously served on Defendants are attached to counsel's verification.

6. Defendants reserve any and all affirmative defenses, including but not limited to insufficient service of process.

DATED:  October 18, 2016

    KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Richard B. Jolley*
    Richard B. Jolley, WSBA #23473
    Amanda Butler, WSBA #40473
Attorneys for Defendant City of Tukwila d/b/a Tukwila Police Department

800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: rjolley@kbmlawyers.com
       abutler@kbmlawyers.com

NOTICE OF REMOVAL - 2
1002-00970/250303

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Eric S. Nelson
Nelson Injury Law, PLLC
1001 4th Ave., #4400
Seattle, WA 98154
Tel: (206) 812-8000
Fax: (206) 447-1422
Email: eric@nelsoninjurylaw.com
hillary@nelsoninjurylaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

DATED: October 18, 2016

*/s/ Christine Jensen Linder*
Christine Jensen Linder, Legal Assistant
Email: clinder@kbmlawyers.com

NOTICE OF REMOVAL - 3
1002-00970/250303

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423